IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| FORT GORDON HOUSING, LLC d/b/a ) BALFOUR BEATTY COMMUNITIES, ) ) Plaintiff, ) ) v. ) ) DARRELL UNDERWOOD, ) ) Defendant. ) | | Case No.: _____ |

**DISPOSSESSORY AFFIDAVIT**

Personally appeared before me, the undersigned officer duly authorized to administer oaths, came Daniel W. Hamilton, who states under oath that he is the attorney in fact for Fort Gordon Housing, LLC d/b/a Balfour Beatty Communities, the owner and/or lessor of real estate and improvement thereon located at 758 Garlington Drive, Apt. C, Fort Gordon, Georgia 30905, generally referred to as the Fort Gordon Housing, LLC.

Parties, Jurisdiction and Venue

Plaintiff is Fort Gordon Housing, LLC d/b/a Balfour Beatty Communities, who is located in Fort Gordon, Georgia 30905 and brings this action against the Defendant for events which occurred in the Southern District of Georgia.

The Defendant is Darrell Underwood, who resides at 758 Garlington Drive, Apt. C, Fort Gordon, Georgia 30905. The Defendant is subject to the jurisdiction of the Court and may be served with Summons and Dispossessory Affidavit by delivery to the foregoing address, or otherwise as provided by law. Venue is proper before this Court pursuant to O.C.G.A. § 50-2-23.

Defendant is in possession of said premises as a tenant under a lease contract; that Defendant is holding possession of said premises who fails to pay the rent, utilities and taxes on said premises when same becomes due; that Plaintiff desires possession of said premises and has demanded same from Defendant, but Defendant refuses and neglects to deliver possession and/or pay rent, and otherwise comply with the terms of the underlying lease agreement to and with Plaintiff. A copy of the lease is attached as Exhibit A and a copy of the late notice and demand for possession is attached as Exhibit B.

Neither party has provided notice of lease termination, and the lease remains in effect on a month to month basis Defendant gave a 30 Day Notice of Intent to Vacate which ended on December 22, 2016. A copy of the 30 Day Notice of Intent to Vacate is attached as Exhibit C. However, Defendant did not comply with said notice and remains in possession of the subject premises. The amount of rent owed to date is Two Thousand Five Hundred Ninety Two Dollars ($2,592.00). A copy of the ledger is attached as Exhibit D. Plaintiff prays for judgment in this amount, all costs of court, reasonable attorney's fees, and immediate possession.

This affidavit is made pursuant to O.C.G.A. § 44-7-50.

WHEREFOR, Plaintiff makes this affidavit that a warrant and summons may issue against the Defendant as provided by law.

This the 6th day of January, 2017.

/s/Daniel W. Hamilton
Daniel W. Hamilton, Affiant
Attorney for Fort Gordon Housing, LLC
Georgia Bar No. 320855

Shepard, Plunkett & Hamilton, LLP
429 Walker Street, Upper Level
Augusta, GA 30901
706-722-6200

Sworn to and subscribed before me this 6th day of January, 2017.

Claire S Gallagher
Notary Public

[Notary Seal: Claire S Gallagher, My Commission Expires August 27, 2019, Richmond County, Georgia]